TODD *et al.* v. CARTER *et al.*

No. 6239.    Opinion Filed August 18, 1914.

(142 Pac. 996.)

APPEAL AND ERROR—Service of Case-Made—Dismissal. Where the only errors assigned occur at the trial and a case-made is not served within the time extended by order of the trial court, the appeal will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Nowata County;*
*T. L. Brown, Judge.*

Action between C. C. Todd and others and Charles Carter and others. From the judgment, the parties first mentioned bring error. Appeal dismissed.

*Kenneth S. Murchison,* for plaintiffs in error.

*Glass & Weaver* and *W. J. Campbell,* for defendants in error.

BLEAKMORE, J.   The questions involved herein arise on motion of defendants in error to dismiss this proceeding.

JULY TERM, 1914.—Vol. XLIII.                    239

The only assignments of error relied upon by the plaintiffs in error for reversal of the cause are errors alleged to have occurred at the trial.

Motion for new trial being overruled on November 6, 1913, plaintiffs were allowed 90 days within which to make and serve a case-made. Within the time, on January 27th following, plaintiffs procured an extension of 30 days' time from January 28, 1914, within which to make and serve said case-made. The case-made was not served until the 29th day of February, 1914, which was after the expiration of the time granted. The case-made is a nullity. *Saxon v. Hardin,* 29 Okla. 17, 118 Pac. 264.

There being no questions presented by the record which can be considered in this court, the appeal is dismissed.

All the Justices concur.